JERRY S. BUSBY
Nevada Bar #001107
COOPER LEVENSON, P.A.
1835 Village Center Circle
Las Vegas, Nevada 89134
(702) 366-1125
FAX: (702) 366-1857
jbusby@cooperlevenson.com

Attorneys for Defendant
SMITH'S FOOD & DRUG CENTERS, INC.

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| SABINE BARCLAY and ROBERT BARCLAY, husband and wife,<br><br>Plaintiffs,<br><br>vs.<br><br>THE KROGER COMPANY, a foreign corporation, d/b/a SMITH'S FOOD & DRUG CENTERS, INC; DOES I through XX; and ROE CORPORATIONS, I-XX, inclusive.<br><br>Defendants. | Case No. 2:18-cv-01046-RFB-CWH<br><br><br>**STIPULATION AND ORDER TO DISMISS THE KROGER COMPANY ONLY, WITHOUT PREJUDICE** |

WHEREAS, prior to removing this case to federal court, the parties had submitted a stipulation to dismiss defendant THE KROGER CO., improperly identified as THE KROGER COMPANY, from this litigation and to amend the caption to reflect said change; and

WHEREAS, the stipulation was submitted to the State Court Judge prior to Defendant filing its Notice of Removal yet the stipulation was not signed by the State Court Judge until after Defendant had filed its Notice of Removal and counsel for the parties hereby submit this stipulation to this Court to ensure that the Court is aware of the dismissal of said defendant;

IT IS HEREBY STIPULATED AND AGREED by and between CHARLES A. MICHALEK, ESQ. of the law firm ROGERS, MASTRANGELO, CARVALHO & MITCHELL, LTD. as counsel for Plaintiffs SABINE BARCLAY and ROBERT BARCLAY and JERRY S. BUSBY, ESQ. of the law firm COOPER LEVENSON, P.A. as counsel for Defendants SMITH'S FOOD & DRUG CENTERS, INC. improperly identified in the Complaint as "THE KROGER COMPANY d/b/a SMITH'S FOOD &

DRUG CENTERS, INC." as follows:

1. That Defendant THE KROGER COMPANY **only** be dismissed, without prejudice, with each party to bear its own attorney fees and costs, if any, related to the naming of THE KROGER COMPANY as a Defendant in this litigation;

2. That this dismissal applies **only** to Defendant THE KROGER COMPANY and the litigation shall continue between Plaintiffs SABINE BARCLAY and ROBERT BARCLAY and Defendant SMITH'S FOOD & DRUG CENTERS, INC.; and

3. That in the event Plaintiff finds good cause to later include Defendant THE KROGER COMPANY in this litigation, Plaintiff shall have until the deadline for amending the pleadings established by the Court to file either a stipulation or a motion to amend to include THE KROGER COMPANY again as a Defendant in this litigation.

IT IS FURTHER STIPULATED AND AGREED that the caption of this case be amended as set forth below to indicate that SMITH'S FOOD & DRUG CENTERS, INC. is the Defendant in this case.

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

2

| | |
|---|---|
| SABINE BARCLAY and ROBERT BARCLAY, husband and wife,<br><br>       Plaintiffs,<br><br>vs.<br><br>SMITH'S FOOD & DRUG CENTERS, INC;<br>DOES, a foreign corporation, d/b/a SMITH'S;<br>I through XX; and ROE CORPORATIONS, I-<br>XX, inclusive.<br><br>       Defendants. | Case No. 2:18-cv-01046-RFB-CWH |

| | |
|---|---|
| DATED: July 31, 2018 | DATED: July 31, 2018 |
| ROGERS, MASTRANGELO, CARVALHO & MITCHELL, LTD. | COOPER LEVENSON, P.A. |
| /s/ Charles A. Michalek, Esq. | /s/ Jerry S. Busby |
| CHARLES A. MICHALEK, ESQ. | JERRY S. BUSBY, ESQ. |
| Nevada Bar No. 005721 | Nevada Bar No.001107 |
| 700 South Third Street | 1835 Village Center Circle |
| Las Vegas, Nevada 89101 | Las Vegas, Nevada 89134 |
| (702) 383-3400 | (702) 366-1125 |
| Attorneys for Plaintiffs | Attorneys for Defendant |
| SABINE and ROBERT BARCLAY | SMITH'S FOOD & DRUG CENTERS, INC. |

## **ORDER**

IT IS SO ORDERED that:

1.    Defendant THE KROGER COMPANY only be dismissed, without prejudice, with each party to bear its own attorney fees and costs, if any, related to the naming of THE KROGER COMPANY as a Defendant in this litigation;

2.    This dismissal applies **only** to Defendant THE KROGER COMPANY and the litigation shall continue between Plaintiffs SABINE BARCLAY and ROBERT BARCLAY and Defendant SMITH'S FOOD & DRUG CENTERS, INC.;

3.    In the event Plaintiff finds good cause to later include Defendant THE KROGER COMPANY in this litigation, Plaintiff shall have until the deadline for amending the pleadings established by the Court to either file either a stipulation or a motion to amend to include THE KROGER COMPANY again as a Defendant in this litigation; and

CLAC 4583332.1

4.  The caption of this case be amended as set forth above to indicate that SMITH'S FOOD & DRUG CENTERS, INC. is the Defendant in this case.

DATED this the ___1st___ day of _____August_____, 2018.



UNITED STATES DISTRICT COURT JUDGE