1  JERRY S. BUSBY
   Nevada Bar #001107
2  COOPER LEVENSON, P.A.
   1835 Village Center Circle
3  Las Vegas, Nevada 89134
   (702) 366-1125
4  FAX: (702) 366-1857
   jbusby@cooperlevenson.com
5
   Attorneys for Defendant
6  SMITH'S FOOD & DRUG CENTERS, INC.

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| SABINE BARCLAY and ROBERT BARCLAY, husband and wife,<br><br>Plaintiffs,<br><br>vs.<br><br>THE KROGER COMPANY, a foreign corporation, d/b/a SMITH'S FOOD & DRUG CENTERS, INC; DOES I through XX; and ROE CORPORATIONS, I-XX, inclusive.<br><br>Defendants. | Case No. 2:18-cv-01046-RFB-CWH<br><br>**STIPULATION AND ORDER FOR <u>DISMISSAL WITH PREJUDICE</u>** |

WHEREAS, the parties to this litigation and their counsel of record participated in a voluntary, private mediation which resulted in a full and final settlement of this case;

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiffs SABINE BARCLAY and ROBERT BARCLAY and their attorney of record, Charles A. Michalek, Esq. of the law firm ROGERS, MASTRANGELO, CARVALHO & MITCHELL, LTD. ,Attorneys for Plaintiffs, and Defendant SMITH'S FOOD & DRUG CENTERS, INC., by and through its attorney of record, Jerry S. Busby, Esq. of the law firm COOPER LEVENSON, P.A. as follows:

1. Plaintiffs SABINE BARCLAY and ROBERT BARCLAY'S claims herein against Defendant SMITH'S FOOD & DRUG CENTERS, INC. shall be dismissed with prejudice, each party to bear their own attorney's fees and costs; and

///

///

CLAC 4712615.1

2. That any pending deadlines established by the Court and/or any hearings be vacated.

Respectfully submitted this 15th day of November, 2018.

| ROGERS, MASTRANGELO, CARVALHO & MITCHELL | COOPER LEVENSON, P.A. |
|---|---|
| /s/ Charles Michalek<br>CHARLES MICHALEK, ESQ.<br>Nevada Bar No. 005721<br>700 South Third Street<br>Las Vegas, NV 89101<br>(702) 383-3400<br>Attorneys for Plaintiffs<br>SABINE BARCLAY and<br>ROBERT BARCLAY | /s/Jerry S. Busby<br>JERRY S. BUSBY, ESQ.<br>Nevada Bar No. 001107<br>1835 Village Center Circle<br>Las Vegas, Nevada 89134<br>(702) 366-1125<br>Attorneys for Defendant<br>SMITH'S FOOD & DRUG CENTERS, INC. |

**ORDER**

IT IS SO ORDERED:

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

DATED this 19th day of November, 2018.

CLAC 4712615.1